UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Simon J. Burchett Photography,
Inc.,

                    Plaintiff(s),

          -against-

Integrity Global Logistics
LLC, et al,          Defendant(s).
------------------------------------x

25 CV 7638 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

          Counsel shall confer and inform Judge Preska by letter no later than April 3, 2026 of the status of the action/remaining claims/defendants.


SO ORDERED.


_____

LORETTA A. PRESKA,

Senior U.S.D.J.


Dated: March 26, 2026

New York, New York