UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Simon J. Burchett Photography,<br><br>Plaintiff,<br><br>-against-<br><br>Integrity Global Logistics et al.,<br><br>Defendants. | 25-CV-7638<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Plaintiff shall provide a status update by November 9, 2026 and advise whether it seeks to continue this action against the non-appearing defendants. Failure to do so may result in dismissal of the action.

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

LORETTA A. PRESKA
Senior United States District Judge